# UNITED STATES BANKRUPTCY COURT
## California Central District

In re  Ian Penaflorida                                ,
              Debtor

Case No. _____

Chapter  13

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 3 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date  04/30/2010

Signature of Debtor  *[signed]* IAN PENAFLORIDA

George Holland Jr /
Henri E. Norris
Holland law Firm
1970 Broadway Suite 1030
Oakland, CA 94612
510-465-4100

```
Ian Penaflorida
18537 Malkoha St.
Perris, CA 92570


George Holland Jr./ Henri E. Norris
Holland law Firm
1970 Broadway Suite 1030
Oakland, CA 94612
```

Ian Penaflorida
18537 Malkoha St.
Perris, CA 92570


George Holland Jr./ Henri E. Norris
Holland law Firm
1970 Broadway Suite 1030
Oakland, CA 94612

American Student Assistans
100 Cambridge St. Ste 1600
Boston, MA 02114-2518


City Bank
Po Box 6497
Souix, Falls, SD 57117


Fin Cr Netwk
1300 W Main
Vasalia, CA 93277


Firt Revenue Assurance
4500 Cherry creek
Suite 300
Denver, CO 80246-1518


INDYMAC BANK
6900 Beatrice Dr
Kalamazoo, MI 49009-9559


NCO Financial Systems
POB 7216
Philadelphia, PA 19101


OSI  Education services I
400 Lakeside Dr.
Suite 120
Horsham, PA 19044


OSI Education Services I
400 Lakeside Dr.
Suite 120
Horsham, PA 19044


Southern CA Edison
PO Box 9004
300 N lone Hill Av.
San Dimas, CA 91773

```
Unifund Ccr Partners
10625 Techwood Cir
Cincinnati, OH 45242-2846


Verizon Wireless
PO Box 1850
Folsom, CA 95630
```