Recording requested by:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
**Addison, Texas 75001-9013**

When Recorded Mail to and Mail Tax Statement to:
U.S. BANK NATIONAL ASSOCIATIO .et al
c/o ONEWEST BANK, FSB
155 NORTH LAKE AVE
PASADENA, CA 91101

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE:  **$15.00**

RECORDED ON:   **July 6, 2009**

AS DOCUMENT NO:   **09-0345500**

BY:   **s/ Peter Sar**

LSI TITLE COMPANY (CA)



TDUS20080159908612

Space above this line for Recorder's use only

Trustee Sale No. : **20080159908612**     Title Order No.: **080103359**

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was        **$714,264.71**
3) The amount paid by the grantee at the trustee sale was       **$280,927.00**
4) The documentary transfer tax is N/A
5) Said property is in the city of **PERRIS**
6) APN# **321-423-007-0**

NDEX West, L.L.C. , as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey,
but without covenant or warranty, express or implied, to:

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of RIVERSIDE, State
of California, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

MAIL TAX STATEMENTS AS DIRECTED ABOVE

FCUS_TrusteeDeedUponSale.rpt- (09/24/08) / Ver-18                                   Page 1 of 3

Exhibit ____A____
page ____4____

Trustee Sale No. : 20080159908612          Title Order No.: 080103359

RECITALS:

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **06/05/2006** and executed by **RAYMUNDO PENAFLORIDA AND IAN PENAFLORIDA** Trustor(s), and **Recorded on 06/09/2006 as Instrument No. 2006-0420063** of official records of **RIVERSIDE** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **06/19/2009**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being **280,927.00** in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 07/01/2009

**NDEx West, L.L.C., as Trustee**

_____ Authorized Agent          7/1/2009
            Randy Middleton                                                      DATED

State of      TEXAS        }
County of   DALLAS       }

On _____ 7/1/2009 _____ before me, **Jerry J. Howell** _____ Notary Public, personally appeared Randy Middleton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: _____

JERRY J. HOWELL
Notary Public
State of Texas
My Comm. Exp. 02-20-2013

FCUS_TrusteeDeedUponSale.rpt- (04/24/08) / Ver 18          Page 2 of 3

Exhibit ___A___
page____12____

Trustee Sale No. : 20080159908612          Title Order No.: 080103359



LOT 2 OF TRACT NO. 25012 AS PER MAP RECORDED IN BOOK 361, PAGES 42 THROUGH 47, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE CALIFORNIA.

RESERVING AND EXCEPTING THEREFROM, NONEXCLUSIVE EASEMENTS FOR USE INGRESS, EGRESS, ACCESS ENCROACHMENTS, LANDSCAPE, MAINTENANCE, REPAIR, DRAINAGE, SUPPORT AND FOR OTHER PURPOSES AS DESCRIBED AND/OR DEPICTED IN THE DECLARATION, SET OUT IN EXHIBIT "A" ATTACHED HERETO.

EXCEPTING THEREFROM ONE HALF OF ALL OIL, GAS AND MINERAL RIGHTS, AS RESERVED UNTO BURBANK GORDON GREEN, A MARRIED MAN, BY DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34337 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, WITHOUT THE RIGHT OF ENTRY ONTO THE SURFACE AND INTO THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN DEED FROM BURBANK GORDON GREEN, RECORDED APRIL 24, 1964 AS INSTRUMENT NO. 51143 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 2/3 OF ONE-HALF OF ALL OIL, GAS AND MINERAL RIGHTS AS RESERVED BY JOSEPHINE G. BARKER, AS TO AN UNDIVIDED 1/3 INTEREST AND LAWRENCE J. BARKER, AS TO AN UNDIVIDED 1/3 INTEREST BY DEED RECORDED DECEMBER 30, 1981 AS INSTRUMENT NO. 239782 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, WITHOUT THE RIGHT OF ENTRY ONTO THE SURFACE AND INTO THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET.

APN: 321-423-007-0

Exhibit ____A____
page____13____

# NOTICE TO VACATE PROPERTY

TO:    RAYMUNDO PENAFLORIDA, IAN PENAFLORIDA &
All occupants residing at
18537 MALKOHA ST
PERRIS, CA 92570

NOTICE IS HEREBY GIVEN THAT U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ("U.S. BANK"), or its predecessor in interest, purchased the property located at 18537 MALKOHA ST, PERRIS, CA 92570 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 5/09/2006 as Instrument Number 2006-0420063 in the Official Records of RIVERSIDE County, and that title to the Premises is duly perfected in U.S. BANK.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to U.S. BANK through JAMES PROCTOR, its agent, who can be reached at 949-699-4291 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA.  Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, U.S. BANK will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

**(NOTICE HAS A SECOND PAGE)**

Exhibit    b
page    14

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: August 5, 2009

Jackson & Associates, Inc.

DAVID J. BOYER
Attorney for U.S. BANK
OWCA445

## TENANT INFORMATION

**IF YOU ARE A TENANT of the prior owner, you must provide the following documents:**

- **A copy of your lease**
- **A return phone number and hours to reach you**
- **The receipt for the last six (6) payments made to the landlord for the residence**

**by mail, fax, or in person to:**

**Jackson & Associates, Inc.**
**Tenant Occupied Properties Department**
**4199 Campus Drive, Suite 700**
**Irvine, CA 92612**

**Fax: 949.892.1336**

**For any questions, please call 949.854.2244, Ext. 208**

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

Exhibit ___6___
page___15___

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Jackson & Associates 4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine        CA         92612 | | | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| | | | | Case Number: |
|---|---|---|---|---|
| 1747085 | (HEARING) Date | Time | Dept | REFERENCE NO. OWCA445 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     RAYMUNDO PENAFLORIDA

ON:     8/5/2009     TIME OF DELIVERY:  4:09:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

ADDRESS:  18537 Malkoha St              ON  8/5/2009
          Perris          CA        92570

| 7a. Person Serving:     Larry        Ballesteros | d. The fee for service was          $127.00 e. I am: |
|---|---|
| b. DDS Legal Support 2900 Bristol St Costa Mesa, Ca 92626 | (1)      not a registered California process server: (3) X    registered California process server: (i) Independent Contractor |
| c. (714) 662-5555 | (i) Registration No:                              588 (i) County:   SAN BERNARDINO |
| 8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Larry        Ballesteros 8/7/2009 | X  _____ |
| | SIGNATURE |

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

Exhibit ___B___
page___16___

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine          CA          92612 | | | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| 1748291 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>OWCA445 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     IAN PENAFLORIDA

ON:     8/5/2009        TIME OF DELIVERY: 4:09:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  18537 Malkoha St                           ON  8/5/2009
          Perris              CA          92570

| 7a. Person Serving:    Larry          Ballesteros | d. The fee for service was          $0.00 |
|---|---|
| | e. I am: |
| | (1)          not a registered California process server: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (3) X     registered California process server:<br>(i) Independent Contractor |
| c. (714) 662-5555 | (i) Registration No:                                    588 |
| 8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.     Larry          Ballesteros | (i) County:  ) SAN BERNARDINO |
| 8/7/2009 | X |

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

SIGNATURE

CRC 982(A)(23)

**PROOF OF SERVICE**

Exhibit _____ B
page_____ 17

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | | | (949) 854-2244 | |
| Irvine | CA | 92612 | | |
| ATTORNEY FOR (Name | | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | | |
| SHORT TITLE OF CASE | | | | |

| 1748292 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>OWCA445 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

   3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     All Occupants

         ON:     8/5/2009     TIME OF DELIVERY:  4:09:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

   ADDRESS:  18537 Malkoha St          ON  8/5/2009
             Perris            CA      92570

| 7a. Person Serving: | Larry | Ballesteros | | d. The fee for service was | $0.00 |
|---|---|---|---|---|---|
| | | | | e. I am: | |

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.     Larry          Ballesteros

8/7/2009

(1)     not a registered California process server:
(3) X   registered California process server:
   (i) Independent Contractor
   (i) Registration No:                       588
   (i) County:   SAN BERNARDINO

X

SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 (REV Jan 1 2007)

**PROOF OF SERVICE**

CRC 982(A)(23)

Exhibit _____ B
page _____ 18

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

JAN 2 5 2010

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* IAN PENAFLORIDA, VON PIERRE
PENAFLORIDA, JON RYFF UMALI PENAFLORIDA, and DOES 1

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* U.S. BANK NATIONAL
ASSOCIATION as Trustee

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Riverside County Superior Court-Temecula
   41002 County Center Drive, Suite 100, Temecula, CA 92591

   CASE NUMBER: *(Número del caso):* TECT 0 0 0 0 6 4 8

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   JOHN C. SAGINAW (SBN 67385)     Telephone No. (949) 854-3244
   DOUG V. PHAM (Bar No. 216482)
   Robert J. Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: *(Fecha)* JAN 2 5 2010     Clerk, by *(Secretario)* _____, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify)*:
   under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] CCP 415.46 (occupant)              [ ] other *(specify)*:
5. [ ] by personal delivery on *(date)*:

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

OWCA443

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit
page ___C___
19

1  JOHN C. SAGINAW
   Attorney Bar No. 67385
2  DOUG V. PHAM
3  Attorney Bar No. 216109
   Robert J. Jackson & Associates, Inc.
4  4199 Campus Drive, Suite 700
   Irvine, California 92612
5  (949) 854-2244

6  Attorney for Plaintiff

7

```
 F I L E D
SUPERIOR COURT OF CALIFORNIA
  COUNTY OF RIVERSIDE

    JAN 25 2010
```

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          RIVERSIDE COUNTY – TEMECULA JUDICIAL DISTRICT

10

11

12  U.S. BANK NATIONAL ASSOCIATION as
    Trustee

13          Plaintiff,

14      vs.

15

16  IAN PENAFLORIDA, VON PIERRE
    PENAFLORIDA, JON RYFF UMALI
17  PENAFLORIDA;
    and DOES 1 through 100, inclusive
18

19          Defendant.

CASE NO: E C 1 0 0 0 0 6 4 8

**COMPLAINT IN UNLAWFUL DETAINER**

LIMITED CIVIL JURISDICTION

POST-FORECLOSURE EVICTION

AMOUNT DEMANDED DOES NOT
EXCEED $10,000

Property Address:

18537 MALKOHA ST
PERRIS, CA 92570

OSC RE: DISMISSAL
DATE 4-1-10
TIME 1:30 PM
DIVISION T1U

20

21  Plaintiff U.S. BANK NATIONAL ASSOCIATION as Trustee ("U.S. Bank") alleges as follows:

22  1.  U.S. Bank is now and at all times relevant was an entity qualified to commence this action.

23  2.  The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

24      unknown to Plaintiff at this time.  These defendants will be served pursuant to *Code of Civ. Proc.*

25      § 415.46.

26  3.  The property of which Plaintiff seeks possession is located at 18537 MALKOHA ST, PERRIS,

27

28

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN
BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING
MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR
INFORMATIONAL PURPOSES ONLY.

Complaint in Unlawful Detainer
OWCA445                              -1-

Exhibit  C
page  10

1    CA 92570 (the "Premises"). Said Premises is located within this Superior Court Judicial District.

2    4. Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161, or *Code of Civ. Proc.*

3    §§ 1161a and 1161b. Plaintiff obtained title to the Premises and right to possession thereof by its

4    purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of

5    which are as follows:

6        A. RAYMUNDO PENAFLORIDA, IAN PENAFLORIDA executed as Trustor(s) a Deed of

7        Trust, with power of sale, recorded on or about 05/09/2006 in the Official Records of

8        Riverside County as Instrument Number 2006-0420063, which Deed of Trust encumbered

9        the Premises.

10        B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in

11        the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of

12        Trust sold and conveyed title to the Premises to U.S. Bank, pursuant to a Trustee's Deed

13        Upon Sale recorded on or about 07/06/2009 in the Official Records of Riverside County as

14        Instrument Number 2009-0345500, a copy of which is attached hereto as Exhibit 'A' and

15        incorporated herein by reference.

16    5. Title is and has been perfected in U.S. Bank on or around 07/06/2009.

17    6. Plaintiff is informed, believes, and thereon alleges that Defendants IAN PENAFLORIDA, VON

18    PIERRE PENAFLORIDA, JON RYFF UMALI PENAFLORIDA and DOES 1 through 50 were in

19    possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100

20    remained in possession after the sale.

21    7. Plaintiff is informed, believes, and based upon such information and belief, alleges that none of the

22    Defendants herein is entitled to any protection under the terms of the Protecting Tenants at

23    Foreclosure Act of 2009 ("PTFA"). To the extent such rights may exist, Plaintiff is informed,

24    believes, and based upon such information and belief, alleges that it has complied with the terms of

25    PTFA, and is entitled to possession of the subject Premises. Plaintiff is further informed, believes,

26

27    THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN
28    BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING
MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR
INFORMATIONAL PURPOSES ONLY.

Complaint in Unlawful Detainer
OWCA445                                          -2-

Exhibit ___C___
page ___2(___

1    and based on such information and belief, alleges that none of the Defendants herein constitutes a

2    legitimate tenant under California law.

3    8.   On or about 08/05/2009, Plaintiff caused to be served on Defendants IAN PENAFLORIDA, VON

4     PIERRE PENAFLORIDA, JON RYFF UMALI PENAFLORIDA and DOES 1 through 100 a

5     written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is

6     attached hereto as Exhibit 'B' and incorporated herein by reference.

7    9.   The Notice expired at midnight on 11/03/2009, and since 11/04/2009 Plaintiff is and has been

8     entitled to immediate possession of the Premises.

9    10. Defendants and each of them failed and refused to surrender possession within or since the notice

10     period, and continue in possession of the Premises without Plaintiff's consent. Unnamed

11     Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

12

13   WHEREFORE, Plaintiff requests judgment as follows:

14   1.   For possession of the Premises;

15   2.   For costs of suit; and

16   3.   For such other and further relief as the Court deems appropriate.

17

18   Date: January 22, 2010

                                 Robert J. Jackson & Associates, Inc.

19

20

21                                 DOUG V. PHAM
                                Attorney for Plaintiff

22

23

24

25

26

27

28

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN
BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING
MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR
INFORMATIONAL PURPOSES ONLY.

Complaint in Unlawful Detainer
OWCA445                               -3-

Exhibit _____ C _____
page _____ 22 _____

EXHIBIT "A"

Exhibit ___C___
page___23___

Recording requested by:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

When Recorded Mail to and Mail Tax Statement to:
U.S. BANK NATIONAL ASSOCIATION .et al
c/o ONEWEST BANK, FSB
155 NORTH LAKE AVE
PASADENA, CA 91101

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE:  **$15.00**

RECORDED ON:  __July 6, 2009__

AS DOCUMENT NO:  __09-0345500__

BY:  __s/ Peter Sar__

LSI TITLE COMPANY (CA)

TDUS20080159908612

Space above this line for Recorder's use only

Trustee Sale No. : 20080159908612     Title Order No.: 080103359

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was          5714,264.71
3) The amount paid by the grantee at the trustee sale was        5360,927.00
4) The documentary transfer tax is N/A
5) Said property is in the city of FERRIS
6) APNE 371-473-003-0

NDEx West, L.L.C., as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey,
but without covenant or warranty, express or implied, to:

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of RIVERSIDE, State
of California, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

MAIL TAX STATEMENTS AS DIRECTED ABOVE

FCUS_TrusteeDeedUponSale.rpt - (09/24/08) - Ver-18

Page 1 of 3

**Exhibit** __C__
**page** __24__

Trustee Sale No. : 20080159908612   Title Order No.: 080103359

RECITALS:

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 06/05/2006 and executed by RAYMUNDO PENAFLORIDA AND IAN PENAFLORIDA, Trustor(s), and Recorded on 06/09/2006 as Instrument No. 2006-0420063 of official records of RIVERSIDE County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 06/19/2009, Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being 289,927.00 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 07/01/2009
NDEx West, L.L.C., as Trustee

_____   Authorized Agent   7/1/2009
Randy Middleton                                      DATED

State of   TEXAS   }
County of  DALLAS  }

On   7/1/2009   before me,   Jerry J. Howell   _____ Notary Public, personally appeared Randy Middleton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____   (Seal)

My commission expires: _____

JERRY J. HOWELL
Notary Public
State of Texas
My Comm. Exp. 02-20-2013

FCUS_TrusteeDeedUponSale.rpt (09/24/03) / Ver-18

Page 2 of 3

Exhibit   C
page   25

Trustee Sale No. : 20080159908612        Title Order No.: 080103359



LOT 2 OF TRACT NO. 25012 AS PER MAP RECORDED IN BOOK 361, PAGES 42 THROUGH 47, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE CALIFORNIA.

RESERVING AND EXCEPTING THEREFROM, NONEXCLUSIVE EASEMENTS FOR USE INGRESS, EGRESS, ACCESS ENCROACHMENTS, LANDSCAPE, MAINTENANCE, REPAIR, DRAINAGE, SUPPORT AND FOR OTHER PURPOSES AS DESCRIBED AND/OR DEPICTED IN THE DECLARATION, SET OUT IN EXHIBIT "A" ATTACHED HERETO.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS AND MINERAL RIGHTS, AS RESERVED UNTO BURBANK GORDON GREEN, A MARRIED MAN, BY DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34337 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, WITHOUT THE RIGHT OF ENTRY ONTO THE SURFACE AND INTO THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN DEED FROM BURBANK GORDON GREEN, RECORDED APRIL 24, 1964 AS INSTRUMENT NO. 51143 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 2/3 OF ONE-HALF OF ALL OIL, GAS AND MINERAL RIGHTS AS RESERVED BY JOSEPHINE G. BARKER, AS TO AN UNDIVIDED 1/3 INTEREST AND LAWRENCE J. BARKER, AS TO AN UNDIVIDED 1/3 INTEREST BY DEED RECORDED DECEMBER 30, 1981 AS INSTRUMENT NO. 239782 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, WITHOUT THE RIGHT OF ENTRY ONTO THE SURFACE AND INTO THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET.

APN: 321-423-007-0

Exhibit ___C___
page ___26___

EXHIBIT "B"

Exhibit ____C____
page ____27____

# NOTICE TO VACATE PROPERTY

TO:   RAYMUNDO PENAFLORIDA, IAN PENAFLORIDA &
All occupants residing at
18537 MALKOHA ST
PERRIS, CA 92570

NOTICE IS HEREBY GIVEN THAT U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ("U.S. BANK"), or its predecessor in interest, purchased the property located at 18537 MALKOHA ST, PERRIS, CA 92570 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 5/09/2006 as Instrument Number 2006-0420063 in the Official Records of RIVERSIDE County, and that title to the Premises is duly perfected in U.S. BANK.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to U.S. BANK through JAMES PROCTOR, its agent, who can be reached at 949-699-4291 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, U.S. BANK will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

### (NOTICE HAS A SECOND PAGE)

Exhibit _____C_____
page_____28_____

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: August 5, 2009

Jackson & Associates, Inc.

DAVID J. BOYER
Attorney for U.S. BANK
OWCA445

## TENANT INFORMATION

IF YOU ARE A TENANT of the prior owner, you must provide the following documents:

- A copy of your lease
- A return phone number and hours to reach you
- The receipt for the last six (6) payments made to the landlord for the residence

by mail, fax, or in person to:

**Jackson & Associates, Inc.**
**Tenant Occupied Properties Department**
**4199 Campus Drive, Suite 700**
**Irvine, CA 92612**

**Fax: 949.892.1336**

For any questions, please call 949.854.2244, Ext. 208

PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.

Exhibit ___C___
page ___29___

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Jackson & Associates 4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine          CA | | 92612 | |
| ATTORNEY FOR (Name) | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| | | | | Case Number |
|---|---|---|---|---|
| 1747085 | (HEARING) Date | Time | Dept | REFERENCE NO. OWCA445 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

    3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    RAYMUNDO PENAFLORIDA

        ON:    8/5/2009    TIME OF DELIVERY: 4:09:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 19537 Malkoha St
             Perris          CA      92570      ON  8/5/2009

| 7a. Person Serving:   Larry      Ballesteros | d. The fee for service was          $127.00 |
|---|---|
| | e. I am: |
| b. DDS Legal Support 2900 Bristol St Costa Mesa, Ca 92626 | (1)      not a registered California process server; (3) X   registered California process server: (i) Independent Contractor |
| c. (714) 662-5555 | (II) Registration No:          588 |
| 8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Larry      Ballesteros | (i) County:  SAN BERNARDINO |
| 8/7/2009 | ✗ |



                                                SIGNATURE

Form Approved for Optional Use (various)
Council of California
POS-010 (REV Jan 1 2007)

                         **PROOF OF SERVICE**                    CRC 982(A)(23)

**Exhibit** ___C___
**page** ___30___

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Jackson & Associates<br>4199 Campus Dr Ste 700<br><br>Irvine          CA          92612 | TELEPHONE NO<br>(949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name) | | |
| Insert of Court Name of Judicial District and Branch Court if any | | |
| SHORT TITLE OF CASE | | |

| 1748291      (HEARING) Date      Time      Dept | Case Number: |
|---|---|
| | REFERENCE NO:<br>OWCA445 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:      IAN PENAFLORIDA

ON:    8/5/2009      TIME OF DELIVERY:  4:09:00 PM
BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 18537 Melkoha St
              Perris          CA          92570          ON  8/5/2009

| 7a. Person Serving:      Larry          Ballesteros | d. The fee for service was          $0.00 |
|---|---|
| | e. I am: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (1)      not a registered California process server.<br>(3) X    registered California process server:<br>(i) Independent Contractor |
| c. (714) 662-5595 | (ii) Registration No:<br>(i) County):   SAN BERNARDINO          588 |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.          Larry          Ballesteros

8/7/2009

X _____

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                    PROOF OF SERVICE                    SIGNATURE                    CRC 982(A)(23)

Exhibit _____ C
page _____ 31

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|---|
| Jackson & Associates | | | (949) 854-2244 | |
| 4199 Campus Dr Ste 700 | | | | |
| Irvine | CA | 92612 | | |
| ATTORNEY FOR (Name) | | | | |
| Insert of Court (Name of Judicial District and Branch Court if any) | | | | |
| SHORT TITLE OF CASE | | | | |

| 1748292 | (HEARING) Date | Time | Dept | Case Number. |
|---|---|---|---|---|
| | | | | REFERENCE NO. OWCA445 |

### PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    All Occupants

ON:    8/5/2009    TIME OF DELIVERY:  4:09:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 18537 Malkoha St
Perris    CA    92570    ON  8/5/2009

| 7a. Person Serving: | Larry | Ballesteros | d. The fee for service was | $0.00 |
|---|---|---|---|---|

e. I am:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

(1)    not a registered California process server;
(3) X    registered California process server;
(i) Independent Contractor

c. (714) 662-5555

(i) Registration No:    588
(i) County:    SAN BERNARDINO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Larry    Ballesteros
8/7/2009

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 (REV Jan 1 2007)

### PROOF OF SERVICE

CRC 982(A)(23)

Exhibit ___C___
page ___3 2___

1

## VERIFICATION

2   I, DOUG V. PHAM, declare:

3       1.  I am an attorney duly licensed to practice before this court.

4       2.  My office is located in Orange County, CA, and Plaintiff has no officers in said county who

5   have any personal knowledge of this matter.

6       3.  I have read the foregoing Complaint and know the contents thereof. I am informed and believe

7   the matters therein to be true, and on that ground allege that the matters stated therein are true.

8       I declare under penalty of perjury under the laws of the State of California that all of the foregoing

9   is true and correct.

10   Executed this 22 day of ___January___, 2010 at Irvine, California.

11

12

13                                                    DOUG V. PHAM

14

15

16

17

18

19

20

21

22

23

24

25

26

27   
28
THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN
BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING
MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR
INFORMATIONAL PURPOSES ONLY.

Complaint in Unlawful Detainer
OWCA445                                      -4-

Exhibit ___C___
page___33___

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
John C. Saginaw, SBN 67385
4199 Campus Dr Ste 700

Irvine          CA          92612

TELEPHONE NO.
(949) 854-2244

FOR COURT USE ONLY

ATTORNEY FOR (Name          Plaintiff

Insert of Court Name of Judicial District and Branch Court if any
RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA

SHORT TITLE OF CASE
U.S. BANK V. PENAFLORIDA

1867017          (HEARING) Date          Time          Dept

Case Number:
TEC10000648

REFERENCE NO.
OWCA445

## PROOF OF SERVICE-SUMMONS-UNLAWFUL DETAINER

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:.

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET
CERTIFICATE OF COUNSEL

3. a. PARTY SERVED:     VON PIERRE PENAFLORIDA

b.

4.. ADDRESS:          18537 Malkoha St
                      Perris               CA          92570
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
      ON   1/27/2010   AT  8:15:00 PM
   b     BY LEAVING THE DOCUMENTS LISTED IN 2  WITH OR IN THE PRESENCE OF:
         IAN PENAFLORIDA, CO-OCCUPANT
         ASIAN MALE 33YRS 5'8" 175LBS. BLACK HAIR BROWN EYES
      (2) (HOME) A COMPETENT MEMBER OF THE HOUSEHOLD (AT LEAST 18 YEARS OF AGE) AT THE
         DWELLING HOUSE OR USUAL PLACE ABODE OF THE PARTY. I INFORMED HIM OR HER OF THE
         GENERAL NATURE OF THE PAPERS
      (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
      (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   a. . AN INDIVIDUAL DEFENDANT   VON PIERRE PENAFLORIDA

      UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 415.20

| 7a. Person Serving: | Larry | Ballesteros | d. The fee for service was | $0.00 |

e. I am:
   (1)     not a registered California process server:
   (3) X   registered California process server:
      (i) Independent Contractor
      (i) Registration No:                              588
      (i) County : SAN BERNARDINO

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Larry     Ballesteros
2/1/2010

X

SIGNATURE

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [REV Jan 1 2007]

PROOF OF SERVICE
Exhibit ____ C
page ____ 34

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| John C. Saginaw, SBN 67385<br>4199 Campus Dr Ste 700 | (949) 854-2244 | |

Irvine                CA              92612

ATTORNEY FOR (Name)          Plaintiff

Insert of Court Name of Judicial District and Branch Court if any

RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA

SHORT TITLE OF CASE

U.S. BANK V. PENAFLORIDA

| 1867017 | (HEARING) Date | Time | Dept | Case Number:<br>TEC10000648 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>OWCA445 |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: VON PIERRE PENAFLORIDA

DOCUMENTS RECEIVED:

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET
CERTIFICATE OF COUNSEL

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL
DELIVERY

RESIDENCE: 18537 Malkoha St
Perris                            CA              92570
01/25/10  12:30 PM MOVEMENT INSIDE, WOULD
NOT ANSWER DOOR.
01/26/10  06:35 AM MOVEMENT INSIDE, WOULD
NOT ANSWER DOOR.
01/27/10  08:15 PM SUBJECT NOT IN,
SUB-SERVED IAN PENAFLORIDA, CO-OCCUPANT;
ASIAN MALE 33YRS 5'8" 175LBS. BLACK HAIR
BROWN EYES

| | | | d. The fee for service was          $0.00 |
|---|---|---|---|
| 7a. Person Serving: | Larry | Ballesteros | e. I am: |
| | | | (1)          not a registered California process server: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | | (3) X   registered California process server:<br>(i) Independent Contractor |
| c. (714) 662-5555 | | | (i) Registration No:                          588<br>(i) County:   SAN BERNARDINO |

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

| | | | X |
|---|---|---|---|
| 2/1/2010 | Larry | Ballesteros | SIGNATURE |

## PROOF OF SERVICE

Exhibit _____ C

page_____ 35

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| John C. Saginaw, SBN 67385 | | (949) 854-2244 | |
| 4199 Campus Dr Ste 700 | | | |
| Irvine               CA              92612 | | | |
| ATTORNEY FOR (Name      Plaintiff | | | |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|
| RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA |

| SHORT TITLE OF CASE |
|---|
| U.S. BANK V. PENAFLORIDA |

| 1867017 | (HEARING) Date | Time | Dept | Case Number: TEC10000648 |
|---|---|---|---|---|
| | | | | REFERENCE NO. OWCA445 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION.  AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   01/27/10

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET
CERTIFICATE OF COUNSEL

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT Perris                         CALIFORNIA, ADDRESSED AS

VON PIERRE PENAFLORIDA

18537 Malkoha St
Perris              CA              92570

DECLARANT:  Larry              Ballesteros

|  |  |
|---|---|
| b. DDS Legal Support | d. The fee for service was          $0.00 |
| 2900 Bristol St | e. I am: |
| Costa Mesa, Ca 92626 | (1)       not a registered California process server: |
| | (3)  X    registered California process server: |
| c. (714) 662-5555 | (I) Independent Contractor |
| | (i) Registration No:                              588 |
| 8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Larry        Ballesteros | (i) County:  SAN BERNARDINO |
| 2/1/2010 | X _____ |
| | SIGNATURE |

## PROOF OF SERVICE

Exhibit ___C___
page ___36___

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)

John C. Saginaw, SBN 87385
4199 Campus Dr Ste 700

Irvine            CA            92612

TELEPHONE NO.
(949) 854-2244

FOR COURT USE ONLY

ATTORNEY FOR (Name          Plaintiff

Insert of Court Name of Judicial District and Branch Court if any

RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA

SHORT TITLE OF CASE

U.S. BANK V. PENAFLORIDA

| 1867009 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number:
TEC10000648

REFERENCE NO.
OWCA445

## PROOF OF SERVICE-SUMMONS-UNLAWFUL DETAINER

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET
CERTIFICATE OF COUNSEL

3. a. PARTY SERVED:   IAN PENAFLORIDA

b. PARTY IN ITEM 3A

4.    ADDRESS:    18537 Malkoha St
                  Perris            CA            92570

5. I SERVED THE PARTY NAMED IN ITEM 3

a. BY PERSONALLY DELIVERING THE COPIES

ON   1/27/2010  AT  8:15:00 PM

7. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS

a. AS AN INDIVIDUAL DEFENDANT CCP 415.10

| | | |
|---|---|---|
| 7a. Person Serving: | Larry | Ballesteros |

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was       $168.00
e. I am:

(1)       not a registered California process server:
(3) X   registered California process server:
    (i) Independent Contractor
    (i) Registration No.
    (i) County:   SAN BERNARDINO            588

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.   Larry        Ballesteros                X
2/1/2010

SIGNATURE

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [REV Jan 1 2007]

## PROOF OF SERVICE

Exhibit ____C____
page____27____

CRC 982(A)(23)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)

John C. Saginaw, SBN 67385
4199 Campus Dr Ste 700

Irvine          CA          92612

TELEPHONE NO.
(949) 854-2244

FOR COURT USE ONLY

ATTORNEY FOR (Name     Plaintiff

Insert of Court Name of Judicial District and Branch Court if any
RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA

SHORT TITLE OF CASE
U.S. BANK V. PENAFLORIDA

| 1867022 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number:
TEC10000648

REFERENCE NO.
OWCA445

## PROOF OF SERVICE-SUMMONS-UNLAWFUL DETAINER

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:.

    SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
    CIVIL CASE COVER SHEET
    CERTIFICATE OF COUNSEL

3. a. PARTY SERVED:     JON RYFF UMALI PENAFLORIDA

   b.

4.. ADDRESS:          18537 Maikoha St
              Perris          CA          92570
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
    ON   1/27/2010   AT  8:15:00 PM
   b    BY LEAVING THE DOCUMENTS LISTED IN 2  WITH OR IN THE PRESENCE OF:
       IAN PENAFLORIDA, CO-OCCUPANT
       ASIAN MALE 33YRS 5'8" 175LBS. BLACK HAIR BROWN EYES
    (2) (HOME) A COMPETENT MEMBER OF THE HOUSEHOLD (AT LEAST 18 YEARS OF AGE) AT THE
       DWELLING HOUSE OR USUAL PLACE ABODE OF THE PARTY. I INFORMED HIM OR HER OF THE
       GENERAL NATURE OF THE PAPERS
    (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
    (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   a. . AN INDIVIDUAL DEFENDANT   JON RYFF UMALI PENAFLORIDA

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 415.20

| 7a. Person Serving:     Larry          Ballesteros | d. The fee for service was          $0.00 |
|---|---|

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

e. I am:
   (1)    not a registered California process server:
   (3) X  registered California process server:
     (i) Independent Contractor

c. (714) 662-5555

     (i) Registration No:              588
     (i) County:   SAN BERNARDINO

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.     Larry          Ballesteros

2/1/2010

X

SIGNATURE

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [REV Jan 1 2007]

## PROOF OF SERVICE

Exhibit ____C____
page ____58____

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| John C. Saginaw, SBN 67385<br>4199 Campus Dr Ste 700<br><br>Irvine          CA          92612 | (949) 854-2244 | |

ATTORNEY FOR (Name)          Plaintiff

Insert of Court Name of Judicial District and Branch Court if any
RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA

SHORT TITLE OF CASE
U.S. BANK V. PENAFLORIDA

| 1867022 | (HEARING) Date | Time | Dept | Case Number:<br>TEC10000648 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>OWCA445 |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: JON RYFF UMALI PENAFLORIDA

DOCUMENTS RECEIVED:

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET
CERTIFICATE OF COUNSEL

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL
DELIVERY

RESIDENCE: 18537 Malkoha St
          Perris          CA          92570
01/25/10   12:30 PM MOVEMENT INSIDE, WOULD
NOT ANSWER DOOR.
01/26/10   06:35 AM MOVEMENT INSIDE, WOULD
NOT ANSWER DOOR.
01/27/10   08:15 PM SUBJECT NOT IN,
SUB-SERVED IAN PENAFLORIDA, CO-OCCUPANT;
ASIAN MALE 33YRS 5'8" 175LBS. BLACK HAIR
BROWN EYES

| 7a. Person Serving:    Larry    Ballesteros | d. The fee for service was          $0.00 |
|---|---|
| | e. I am: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (1)    not a registered California process server:<br>(3) X   registered California process server:<br>(i) Independent Contractor |
| c. (714) 662-5555 | (i) Registration No:          588 |
| 8. I declare under the penalty of perjury under the laws of the State of California that the<br>foregoing is true and correct. | (i) County    SAN BERNARDINO |

| 2/1/2010    Larry    Ballesteros | X<br>_____<br>SIGNATURE |
|---|---|

## PROOF OF SERVICE

Exhibit ___ C
page ___ 39

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)

John C. Saginaw, SBN 67385
4199 Campus Dr Ste 700

TELEPHONE NO.
(949) 854-2244

FOR COURT USE ONLY

Irvine          CA          92612

ATTORNEY FOR (Name          Plaintiff

Insert of Court Name of Judicial District and Branch Court if any
RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA

SHORT TITLE OF CASE
U.S. BANK V. PENAFLORIDA

| 1867022 | (HEARING) Date | Time | Dept |

Case Number:
TEC10000648

REFERENCE NO.
OWCA445

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION.  AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   01/27/10

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET
CERTIFICATE OF COUNSEL

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT Perris                      CALIFORNIA, ADDRESSED AS

JON RYFF UMALI PENAFLORIDA

18537 Malkoha St
Perris          CA          92570

DECLARANT:  Larry          Ballesteros

d. The fee for service was          $0.00
e. I am:

(1)      not a registered California process server:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

(3)  X    registered California process server:

(i) Independent Contractor

(i) Registration No:

588

c. (714) 662-5555

(i) County:  SAN BERNARDINO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Larry          Ballesteros
2/1/2010

X

SIGNATURE

## PROOF OF SERVICE

Exhibit ___C___
page ___40___

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)

John C. Saginaw, SBN 67385
4199 Campus Dr Ste 700

Irvine                CA                92612

ATTORNEY FOR (Name)          Plaintiff

TELEPHONE NO.
(949) 854-2244

FOR COURT USE ONLY

Insert of Court Name of Judicial District and Branch Court if any
RIVERSIDE COUNTY SUPERIOR COURT, TEMECULA

SHORT TITLE OF CASE
U.S. BANK V. PENAFLORIDA

| 1867025 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number:
TEC10000648

REFERENCE NO.
OWCA445

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I, THE UNDERSIGNED, DECLARE THAT I SERVED COPIES OF THE :

SUMMONS & COMPLAINT - UNLAWFUL DETAINER; PREJUDGMENT CLAIM
CIVIL CASE COVER SHEET
CERTIFICATE OF COUNSEL

3 a. PARTY SERVED:    ALL OTHER OCCUPANTS

4.    ADDRESS:    18537 Malkoha St
Perris            CA            92570

5 b. I SERVED THE PARTY NAMED IN ITEM 3 BY SUBSTITUTED SERVICE

BY LEAVING THE COPIES WITH OR IN THE PRESENCE OF:
IAN PENAFLORIDA, CO-OCCUPANT
ASIAN MALE 33YRS 5'8" 175LBS. BLACK HAIR BROWN EYES

ON:  1/27/2010       AT:  8:15:00 PM

(4)AN ENVELOPE WITH PRE-PAID FIRST CLASS POSTAGE WAS THEN DROPPED IN A

UNITED STATES POSTAL BOX PER CCP 415.46C (1)(2)(3)

ON  01/27/10        FROM THE CITY OF:  Perris

ADDRESSED TO THE WITHIN NAMED DEFENDANT AT THE ADDRESS WHERE I POSTED THE SUMMONS
AND COMPLAINT FOR UNLAWFUL DETAINER WITH PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

ON:  1/27/2010

6. THE "NOTICE TO THE PERSON SERVED" WAS COMPLETED AS FOLLOWS:

C. ON  BE HALF OF AN OCCUPANT

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 415.46 (AN OCCUPANT)

| 7a. Person Serving:    Larry        Ballesteros | d. The fee for service was        $0.00 |
|---|---|

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

e. I am:

(1)        not a registered California process server:
(3) X    registered California process server:
    (i) Independent Contractor
    (i) Registration No.
    (i) County:  SAN BERNARDINO                588

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.    Larry        Ballesteros        X

2/1/2010

SIGNATURE

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [REV Jan 1 2007]

## PROOF OF SERVICE

Exhibit _____C_____
page_____41_____

CRC 982(A)(23)

**CLOSED, DISMISSED**

## U.S. Bankruptcy Court
### Central District Of California (Riverside)
### Bankruptcy Petition #: 6:09-bk-16537-PC

*Assigned to:* Peter Carroll
Chapter 13
Voluntary
Asset

*Date filed:*  04/03/2009
*Date terminated:*  08/17/2009
*Debtor dismissed:*  05/08/2009

*Debtor disposition:*  Dismissed for Other Reason

**Debtor**
**Raymundo D Penaflorida**
18537 Malkoha Street
Perris, CA 92570
SSN / ITIN: xxx-xx-8723
*aka*
**Ray D Penaflorida**

represented by **Ronald W Ask**
3600 Lime St Ste 412
Riverside, CA 92501
951-684-5608
Fax : 951-684-1106
Email: elc@elderlawcenter.net

**Trustee**
**Rod (PC) Danielson**
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

**U.S. Trustee**
**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

| Filing Date | # | Docket Text |
|---|---|---|
| 04/03/2009 | 1 | Chapter 13 Voluntary Petition . Receipt Number O, Fee Amount $274 Filed by Raymundo D Penaflorida Section 316 Incomplete Filings due by 5/18/2009. Notice of available chapters due 4/20/2009. Incomplete Filings due by 4/20/2009. (Hallock, Valerie) (Entered: 04/03/2009) |
|  |  | Meeting of Creditors with 341(a) meeting to be held on 05/06/2009 at 10:00 AM at RM 100, 3420 Twelfth St., Riverside, CA 92501. Confirmation hearing to be held on 05/06/2009 at 01:30 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. Proof of Claim due by 08/04/2009. (Hallock, Valerie) (Entered: |

Exhibit _____

page_____ *72*

| 04/03/2009 | 2 | 04/03/2009) |
| 04/03/2009 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Raymundo D Penaflorida . (Hallock, Valerie) (Entered: 04/03/2009) |
| 04/03/2009 | 4 | Certificate of Credit Counseling , Exhibit D Filed by Debtor Raymundo D Penaflorida . (Hallock, Valerie) (Entered: 04/03/2009) |
| 04/03/2009 | 5 | Chapter 13 Plan Filed by Debtor Raymundo D Penaflorida . (Hallock, Valerie) (Entered: 04/03/2009) |
| 04/03/2009 | | Receipt of Chapter 13 Filing Fee - $274.00 by 26. Receipt Number 60032629. (admin) (Entered: 04/06/2009) |
| 04/05/2009 | 6 | BNC Certificate of Service (RE: related document(s) 2 Meeting (AutoAssign Chapter 13)) No. of Notices: 14. Service Date 04/05/2009. (Admin.) (Entered: 04/05/2009) |
| 04/05/2009 | 7 | BNC Certificate of Service (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Raymundo D Penaflorida) No. of Notices: 3. Service Date 04/05/2009. (Admin.) (Entered: 04/05/2009) |
| 04/14/2009 | 8 | Motion for valuation of security; determination of secured status and avoidance of lien and modification of rights of lienholder (11 U.S.C. Section 506 (a) and 1322(b); FRBP 3012)with notice of motion; memorandum of points and authorities; and declaration of debtor, Raymundo D Penaflorida and California licensed real estate appraiser, Rudy Montejo, in support thereof Filed by Debtor Raymundo D Penaflorida with proof of service (Aguilar, Arleen) (Entered: 04/15/2009) |
| 04/14/2009 | 9 | Notice of available chapters Filed by Debtor Raymundo D Penaflorida (RE: related document(s) 1 Voluntary Petition (Chapter 13)). (Aguilar, Arleen) (Entered: 04/22/2009) |
| 04/14/2009 | 10 | Amended Schedule B , Amended Schedule C Filed by Debtor Raymundo D Penaflorida with proof of service . (Aguilar, Arleen) (Entered: 04/22/2009) |
| 04/14/2009 | 11 | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Raymundo D Penaflorida . (Aguilar, Arleen) (Entered: 04/22/2009) |
| | | Declaration RE: Payment of Domestic Support Obligations Filed |

Exhibit ___D___
page___43___

| 04/14/2009 | 12 | by Debtor Raymundo D Penaflorida with proof of service . (Aguilar, Arleen) (Entered: 04/24/2009) |
| 04/14/2009 | 13 | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Raymundo D Penaflorida . (Tapia, Eileen) (Entered: 04/29/2009) |
| 04/14/2009 | 14 | Declaration RE Tax Returns (Preconfirmation) Filed by Debtor Raymundo D Penaflorida . (Tapia, Eileen) (Entered: 04/30/2009) |
| 04/15/2009 | | Hearing Set (RE: related document(s) 8 Generic Motion filed by Debtor Raymundo D Penaflorida) The Hearing date is set for 5/6/2009 at 01:30 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Peter Carroll (Aguilar, Arleen) (Entered: 04/15/2009) |
| 05/06/2009 | 15 | Objection to Confirmation of Plan *Secured Creditor's Objection to Chapter 13 Plan* Filed by Creditor Indymac Federal Bank, FSB. (Attachments: # 1 Supplement Request for Judicial Notice in Support of Secured Creditor's Objection to Chapter 13 Plan) (La Porte, Donna) (Entered: 05/06/2009) |
| 05/06/2009 | 16 | Hearing Held re confirmation of plan - case dismissed without prejudice (RE: related document(s) 5 Chapter 13 Plan filed by Debtor Raymundo D Penaflorida) (Aguilar, Arleen) (Entered: 05/08/2009) |
| 05/06/2009 | 18 | Hearing Held on Debtor's motion filed 4/14/09 for valuation of security determination of secured status and avoidance of lien and modification of rights of lienholder (11 U.S.C. Section 506 (a) and 1322 (b); FRBP 3012) - granted; final ruling is final order of the Court (RE: related document(s) 8 Generic Motion filed by Debtor Raymundo D Penaflorida) (Aguilar, Arleen) (Entered: 05/08/2009) |
| 05/08/2009 | 17 | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (Aguilar, Arleen) (Entered: 05/08/2009) |
| 05/10/2009 | 19 | BNC Certificate of Service (RE: related document(s) 17 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 19. Service Date 05/10/2009. (Admin.) (Entered: 05/10/2009) |
| | | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Danielson, Rod (PC)) |

Exhibit ___0___
page ___44___

| 05/19/2009 | 20 | (Entered: 05/19/2009) |
|---|---|---|
| 06/23/2009 | 21 | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by Trustee Rod (PC) Danielson. (Danielson, Rod (PC)) (Entered: 06/23/2009) |
| 06/23/2009 | 22 | Chapter 13 Trustee's Final Report and Account Filed by Trustee Rod (PC) Danielson. (Danielson, Rod (PC)) (Entered: 06/23/2009) |
| 06/23/2009 | 23 | Proof of service Filed by Trustee Rod (PC) Danielson. (Danielson, Rod (PC)) (Entered: 06/23/2009) |
| 06/23/2009 | 24 | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 6/23/2009. (Aguilar, Arlene) (Entered: 06/26/2009) |
| 08/17/2009 | 25 | Bankruptcy Case Closed - DISMISSED (Firman, Karen) (Entered: 08/17/2009) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/06/2010 15:19:49 | | |
| **PACER Login:** | rj0023 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:09-bk-16537-PC Fil or Ent: filed To: 5/6/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

Exhibit _____ D_____
page_____ 45_____