UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
JUNE 2, 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

BANKRUPTCY MINUTES - 11 U.S.C. Section 362 MOTIONS                52

CASE NO.  RS10-23251MJ                          DATE JUNE 2, 2010
CHAPTER 13

TITLE US BANK NATIONAL ASSOC VS PENAFLORIDA

Hon. Meredith A. Jury, Bankruptcy Judge

SERVICE:    ( ) Good          ( ) Defective          ( ) Proof Not Filed

Attorney(s) for Moving Party          Attorney(s) for Responding Party

_____No__appd_____          _____

_____          _____

( ) Use electronically lodged order (EL)
( ) Modifications to ELO:_____
( ) No Appearance; OFF CALENDAR (relief denied pending recalendaring)
(X) Default          ( ) After Hearing          ( ) By Stipulation

    (X) Stay terminates (forthwith / on) _____
    ( ) Stay is annulled, subject to _____
    ( ) Stay terminates, no foreclosure sale before _____
    ( ) Stay remains in effect subject to adequate protection order:

        ( ) Payment by cashier's check or equivalent at movant's
            attorney's office of $_____ on or before _____
        ( ) Make current payments when due effective _____

            ( ) grace period per note    ( ) no grace period

        ( ) Upon breach of condition, movant shall give respondent and
            counsel written notice that the breach must be cured within
            10 days.  A maximum of ____ such letters must be given.
            If not cured, movant shall prepare, serve and submit to the court
            a declaration re failure to cure and proposed order for relief.
        ( ) $_____ per letter.
        ( ) 4001(e) is not waived.
        ( ) Order binding for six months.
        ( ) This is a "chapter 20" order.  A subsequent chapter 13 is
            anticipated
(X) OTHER:_____Co-occupant_____

(X) Order to be submitted    ( ) to be lodged    (X) no lodgement necessary
        ( ) Walk through

( ) Off Calendar

( ) Hearing continued on motion of ( ) Movant ( ) Respondent ( ) Both
    to _____ at _____.M. for

        ( ) preliminary hearing ( ) final hearing.  Stay remains in effect.
        ( ) Notice waived    ( ) _____ to give notice